UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE:                                                                    CASE NO. 08-34476
TODD AARON SHEPHERD                                      Chapter 7
SHANNON LEA SHEPHERD,
    Debtors.

### TRUSTEE'S NOTICE OF DEPOSIT OF SMALL DIVIDENDS

Gary D. Boyn, Trustee, notifies the Court, pursuant to Bankruptcy Rules 3010 and 3011 that the following claimants are entitled to interim distribution on allowed claims in the total amount of $7.80:

| Claim No. | Claimant | Interim Distribution |
|---|---|---|
| 2 | Indiana University<br>c/o Student Loan Administration<br>PO Box 1609<br>Bloomington, IN  47402 | $3.29 |
| 5 | Chase Bank USA NA<br>c/o CBS<br>PO Box 740933<br>Dallas, TX  75374 | $4.51 |

which amount Trustee now deposits in the U.S. Bankruptcy Clerk's Registry Account, as small dividends, for the use and benefit of said claimant.

Dated:  September 8, 2009                    /s/ Gary D. Boyn
                                                        Gary D. Boyn, Trustee
                                                        121 W. Franklin St., Suite 400
                                                        Elkhart, IN 46516
                                                         (574) 294-7491

### CERTIFICATE OF SERVICE

The undersigned hereby certifies service of the foregoing was sent electronically via the Bankruptcy Clerk's ECF System or has been made by placing a copy thereof in the United States mail, first class postage prepaid, this 8th day of September, 2009:  Indiana University c/o Student Loan Admin., PO Box 1609 Bloomington, IN 47402, Chase Bank USA NA c/o CBS, PO Box 740933, Dallas, TX 75374,

| | |
|---|---|
| U.S. Trustee's Office: | USTPRegion10.SO.ECF@usdoj.gov |
| Anita K. Gloyeski: | glaser.bankruptcy@verizon.net |

                                                                                /s/ Gary D. Boyn